ACCEPTED
06-15-00013-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
2/26/2015 2:50:26 PM
DEBBIE AUTREY
CLERK

## CAUSE NO. CV 40681

| | | |
|---|---|---|
| JOHN ALEXANDER SMITH, **PLAINTIFF** | § § § | IN THE DISTRICT COURT |
| V. | § § | 62ND JUDICIAL DISTRICT |
| CITY NATIONAL BANK OF SULPHUR SPRINGS, **DEFENDANT** | § § § | HOPKINS COUNTY, TEXAS |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
2/26/2015 2:50:26 PM
DEBBIE AUTREY
Clerk

## PLAINTIFF'S NOTICE OF CROSS-APPEAL

COMES NOW JOHN ALEXANDER SMITH, Plaintiff in the above entitled and numbered cause, and files this Notice of Cross-Appeal and states as follows:

1. This is an appeal from the judgment entered by the 62nd Judicial District Court of Hopkins County, Texas, in Cause No. CV 40681, John Alexander Smith versus City National Bank of Sulphur Springs.

2. Plaintiff appeals the Final Judgment signed on December 15, 2014, as modified by the trial court's ruling on Defendant's Motion to Modify Judgment announced on February 5, 2015.

3. Plaintiff desires to appeal.

4. This appeal is taken to the Sixth Court of Appeals in Texarkana, Texas.

Respectfully submitted,

J. Mark Sudderth
State Bar I.D. 19461500
NOTEBOOM - The Law Firm
669 Airport Freeway, Ste. 100
Hurst, Texas 76053
Telephone: 817-282-9700
Facsimile: 817-282-8073
Sudderth@noteboom.com

ATTORNEY FOR PLAINTIFF

# CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of February, 2015, in accordance with the Texas Rules of Civil Procedure and the Texas Rules of Appellate Procedure, a true and correct copy of the above and foregoing instrument was served upon all counsel of record.

John R. Mercy
Mercy Carter Tidwell, LLP
1724 Galleria Oaks Drive
Texarkana, Texas 75503
Facsimile 903-794-1268
jmercy@texarkanalawyers.com

Coy Johnson
Clay Johnson
Johnson Law Firm, P.C.
609 Gilmer Street
Sulphur Springs, TX 75482
Facsimile 903-584-1313
coy@clayjohnsonlaw.com
clay@clayjohnsonlaw.com

_____
J. Mark Sudderth